Submitted on record and briefs May 30,
appeal dismissed July 21, 1980

STATE OF OREGON,
*Respondent,*
*v.*
ROBERT MARCO MAPELLI, II,
*Appellant.*
(No. 41823, CA 16091)
613 P2d 762

Submitted on record and briefs May 30, 1980.

Jeffrey C. Pridgeon and Branford & Waarvick filed the brief for appellant.

James M. Brown, Attorney General, Walter L. Barrie, Solicitor General, and W. Benny Won, Assistant Attorney General, Salem, filed the brief for respondent.

Before Schwab, Chief Judge, and Thornton and Richardson, Judges.

PER CURIAM.

**PER CURIAM.**

The notice of appeal in this case having been filed with the clerk of this court rather than with the clerk of the circuit court for Lincoln County, this court has no jurisdiction to hear this appeal. ORS 19.033(2).

Appeal dismissed.